approved by the Judge of Criminal District Court No. 2 of Harris County, and cannot be considered.

We find no error and the judgment of the trial court is affirmed.

## THOMAS v. STATE.
### No. 23719.

Court of Criminal Appeals of Texas.
June 25, 1947.

No attorney for appellant.

A. C. Winborn, Cr. Dist. Atty., Kellis Daniel, and E. T. Branch, Asst. Cr. Dist. Attys., all of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was charged by indictment with the offense of robbery by assault, the indictment further alleged two former convictions of felonies less than capital. He was convicted and given a sentence of confinement in the State Penitentiary for Life.

The record as brought forward contains no bills of exceptions, nor are there any objections or exceptions to the charge of the court. The statement of facts was not

## ROBINSON v. STATE.
### No. 23722.

Court of Criminal Appeals of Texas.
June 25, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder. The punishment assessed is confinement in the state penitentiary for a period of four years.

The record is before us without any bills of exception or statement of facts. The indictment appears to be in due form. Consequently, there is nothing presented ·for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.